

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-019-CV

GARRY GIBBONS                                                    APPELLANT

V.

KAREN CULWELL BARNETT                                            APPELLEE

----------

### FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellee's "Agreed First Amended Motion To Dismiss Appeal Based On Mootness." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* TEX. R. APP. P. 42.1(d), 43.4.

PER CURIAM

PANEL D: DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  April 17, 2008